IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | SEALED INDICTMENT |
| v. | Case No. 22 CR 101 WMC |
| DANIEL BACCAS, | 18 U.S.C. § 922(o) |
| | 21 U.S.C. § 841(a)(1) |
| Defendant. | |

THE GRAND JURY CHARGES:

## COUNT 1

On or about December 22, 2021, in the Western District of Wisconsin, the defendant,

DANIEL BACCAS,

knowingly possessed a machinegun, that is a Glock 17 9mm handgun with an auto sear.

(In violation of Title 18, United States Code, Section 922(o)).

## COUNT 2

On or about December 22, 2021, in the Western District of Wisconsin, the defendant,

DANIEL BACCAS,

knowingly and intentionally possessed with the intent to distribute a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

A TRUE BILL

*[signature]*
PRESIDING JUROR

Indictment returned: 04-28-2022

*[signature] for*
TIMOTHY M. O'SHEA
United States Attorney