IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | SUPERSEDING INDICTMENT |
| v. | Case No. 22-cr-101-wmc |
| DANIEL BACCAS, | 18 U.S.C. § 922(n) |
| | 18 U.S.C. § 922(o) |
| | 21 U.S.C. § 841(a)(1) |
| Defendant. | |

THE GRAND JURY CHARGES:

## COUNT 1

Between on or about June 10, 2021, and on or about December 22, 2021, the exact date unknown, in the Western District of Wisconsin, the defendant,

DANIEL BACCAS,

knowing that he was then under indictment for a crime punishable by imprisonment for a term exceeding one year, willfully received a Glock 17 9mm handgun, such firearm having previously been shipped and transported in interstate and foreign commerce.

(In violation of Title 18, United States Code, Section 922(n)).

## COUNT 2

From on or about October 19, 2021, to on or about December 22, 2021, in the Western District of Wisconsin, the defendant,

DANIEL BACCAS,

knowingly possessed a machinegun, that is a Glock 17 9mm handgun with an auto sear.

(In violation of Title 18, United States Code, Section 922(o)).

## COUNT 3

On or about December 22, 2021, in the Western District of Wisconsin, the defendant,

DANIEL BACCAS,

knowingly and intentionally possessed with the intent to distribute a mixture or substance containing a detectable amount of Marijuana, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned: 1/11/2023

_____
TIMOTHY M. O'SHEA
United States Attorney